**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 22-4102-JFW(JCx)**                                   Date: **October 19, 2022**

Title:   Edmond Neal -v- Vanareth Kim Yi, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                       None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER CONTINUING THE ORDER TO SHOW CAUSE**

On September 27, 2022, the Court issued an Order to Show Cause for Lack of Prosecution. On October 13, 2022, Plaintiff filed a proof of service showing Defendant's responsive pleading was due by August 1, 2022.

The Court continues the Order to Show Cause to **October 26, 2022** to allow an Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 10/1/04)